UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RICHARD STIRLING, Individually and For Others Similarly Situated,<br><br>v.<br><br>MERIDIAN SERVICES GROUP, LLC f/k/a WORK MANAGEMENT, INC. | **Case No. 3:23-CV-00040-CDL**<br><br>Judge Clay D. Land |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JAMES FINCH, Individually<br><br>v.<br><br>MERIDIAN SERVICES GROUP, LLC f/k/a WORK MANAGEMENT, INC. | **Case No. 3:24-cv-82 (CDL)** |

**JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiff Richard Stirling ("Stirling") on behalf of himself, the Opt-In Plaintiffs, and James Finch ("Finch") (collectively, the "Plaintiffs"), and Meridian Services Group, LLC f/k/a Work Management, Inc. ("Meridian" or "Defendant") (collectively, the "Parties"), respectfully move the Court to (1) approve the Collective Action Settlement Agreement ("Agreement") between the Parties; and (2) dismiss the action with prejudice. Because the proposed Agreement resolves all potential claims and satisfies the criteria for approval, Plaintiff respectfully request the Court grant approval of the Agreement attached as Exhibit 1 to the accompanying Memorandum.

This Motion is based on the accompanying Memorandum, Settlement Agreement, and Declaration Richard Schreiber, Class Counsel, the associated exhibits, and the entire record of this action.

Respectfully submitted,

By: /s/ *Richard M. Schreiber*
    Michael A. Josephson
    TX Bar No. 24014780
    Andrew W. Dunlap
    TX Bar No. 24078444
    Richard M. Schreiber
    TX Bar No. 24056278
    **JOSEPHSON DUNLAP, LLP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    rschreiber@mybackwages.com

    Richard J. (Rex) Burch
    TX Bar No. 24001807
    **BRUCKNER BURCH, PLLC**
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    C. Ryan Morgan
    GA Bar No. 711884
    **MORGAN & MORGAN, PA**
    20 N. Orange Ave., 16th Floor
    P.O. Box 4979
    Orlando, FL 32802-4979
    (407) 420-1414 – Telephone
    (407) 867-4791 – Facsimile
    rmorgan@forthepeople.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Counsel for Defendants who is agreed to this Motion.

*/s/ Richard M. Schreiber*
Richard M. Schreiber

## CERTIFICATE OF SERVICE

I served a copy of this document on all counsel of record via the Court's ECF system on November 14, 2025.

*/s/ Richard M. Schreiber*
Richard M. Schreiber