**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| RICHARD STIRLING, Individually and For Others Similarly Situated,<br><br>v.<br><br>MERIDIAN SERVICES GROUP, LLC f/k/a WORK MANAGEMENT, INC. | **Case No. 3:23-CV-00040-CDL**<br><br>Judge Clay D. Land |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| JAMES FINCH, Individually<br><br>v.<br><br>MERIDIAN SERVICES GROUP, LLC f/k/a WORK MANAGEMENT, INC. | **Case No. 3:24-cv-82 (CDL)** |

**ORDER GRANTING FINAL APPROVAL OF**
**COLLECTIVE ACTION SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Before the Court is the Parties' Joint Motion for Final Approval of Collective Action Settlement and Dismissal with Prejudice. As explained in the remainder of this Order, the Parties' motion is granted as follows:

(1) Except as otherwise specified herein, the Court for purposes of this Final Approval Order adopts all defined terms set forth in the Settlement Agreement.

(2) The Parties' Settlement Agreement is fair and reasonable, and an adequate settlement of this action, and the settlement therein, including all terms of the Settlement Agreement, is approved because it is a fair and reasonable resolution of a bona fide dispute, and the settlement will provide significant relief to Stirling, Finch, and the Opt-In Plaintiffs.

(3) A collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 216(b), as defined in the Settlement Agreement is certified for settlement purposes as Richard Stirling, James Finch, and the Opt-In Plaintiffs.

(4) All Plaintiffs are bound by this Final Judgment.

(5) Because this case has been settled at this stage of the proceedings, the Court does not reach and makes no ruling either way, as to the parties' pending motions and the issue of final § 216(b) certification of this collective action for litigation purposes.

(7) The Court finds that the Settlement was arrived at as a result of arms' length negotiations conducted in good faith by counsel for the Parties, and that the Settlement is supported by Named Plaintiff Stirling and Plaintiff Finch.

(8) The Court approves the Gross Settlement Amount of up to $443,905.66, and the Net Settlement Sum of $250,905.66.

(9) The Court approves attorneys' fees to Plaintiffs' Counsel in the amount of $146,500 which is 33% of the Gross Settlement Amount, reasonable and necessary to be paid Plaintiffs' Counsel.

(10) The Court approves Plaintiffs' attorneys' costs in the amount of $46,500 as reasonable and necessary to be paid to Plaintiffs' Counsel.

(11) The Court dismisses these actions, and all claims herein, with prejudice. The Court orders a full and final discharge of any and all Released Claims, as defined in the Settlement Agreement. The Court finds that all members of the collective and Plaintiff Finch are hereby deemed to have waived and released, to the fullest extent of applicable law, as to Defendant and/or the Released Parties, from any and all Released Claims as defined in the Settlement Agreement.

(12) It is further my Order and directive that the Parties shall fulfill and fully comply with the requirements of the Settlement. All claims alleged are hereby dismissed with prejudice, with each side

to bear its own costs and attorneys' fees, except as otherwise provided by the Settlement and this Final Approval Order.

(13) Without affecting the finality of this Final Approval Order, the Court hereby reserves and retains jurisdiction over this Settlement including the administration and consummation of the Settlement.

(14) This order and final judgment dispose of all claims and prayers for relief and ends this litigation.

SIGNED on this 17th day of November, 2025.

                                        S/Clay D. Land
                                  UNITED STATES DISTRICT JUDGE